JUDY B. CALTON, ESQ.
SHERYL L. TOBY, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
jcalton@honigman.com

JOAN C. WRIGHT, ESQ.
JAMES R. CAVILIA, ESQ.
ALLISON, MACKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 North Division Street
P.O. Box 646
Carson City, NV 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
jwright@allisonmackenzie.com
Attorneys for Trustee

RECEIVED & FILED

'03 AUG 19 P1 :15

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**IN RE:**

MEGO FINANCIAL CORP. and dba
LEISURE INDUSTRIES CORPORATION
OF AMERICA, a New York Corporation,

    Debtors.
_____/

Case No. BK-N-03-52300 -
BK-N-03-52304 and
BK-N-03-52470 – BK-N-03-52474
Chapter 11 (Joint Administration)

Hearing Date: n/a
Time: n/a
Time Required: n/a

### DECLARATION OF C. ALAN BENTLEY
### CONCERNING DEBTORS' SCHEDULES

C. ALAN BENTLEY declares as follows:

1.     I am serving as the Chapter 11 Trustee (the "Trustee") of the following debtors:

MEGO FINANCIAL CORP., LEISURE HOMES CORPORATION, LEISURE RESORTS

CORPORATION, LEISURE SERVICES CORPORATION and ATLANTIC DEVELOPMENT CORPORATION (the "Initial Debtors") and STEAMBOAT SUITES, INC., BRIGANTINE PREFERRED PROPERTIES, INC., COLORADO LAND AND GRAZING CORPORATION, CIMARRON GOLF CLUB, LLC and OVERLOOK FOOD AND BEVERAGE COMPANY (the "Subsequent Debtors") (the Initial Debtors and Subsequent Debtors are collectively referred to as the "Debtors"). I was appointed the Trustee of the Initial Debtors on July 11, 2003 and of the Subsequent Debtors on July 29, 2003.

2. The attached information was prepared under my supervision from information obtained from and in reliance upon the Debtors' books and records, the accuracy to which I cannot attest.

3. With this limitation, I declare under penalty of perjury that I have read the answers contained in the foregoing and attachments thereto, and the Schedules are true to the best of my knowledge, information and belief.

*/s/ C. Alan Bentley*
C. Alan Bentley, Chapter 11 Trustee

Executed on August 14, 2003
at Henderson, Nevada

DET_C\569923.1